UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:95-cr-00178-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TONY BERNARD ALEXANDER,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's pro se Motion for Early Termination of Supervised Release. Despite submitting 12 pages of legal argument, defendant has failed to show that he has been compliant with the conditions of supervised release by obtaining from his supervising officer a letter of support. This court will not grant such relief unless such motion reflects successful participation and consultation with the United States Attorney. Having considered defendant's pro se motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion for Early Termination of Supervised Release (#638) is DENIED.

Signed: January 5, 2016

Max O. Cogburn Jr
United States District Judge