UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:95-cr-00178-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| TONY BERNARD ALEXANDER, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Reconsider this court's Order denying his request for early termination of supervised release. While citing to various constitutional holdings, defendant has failed to provide this court with the fundamental proof it needs to grant the relief requested, which is proof that he has successfully complied with the terms of supervised release. To make that showing, he will need to have his supervising probation officer join in his request and reflect consultation with the United States Attorney. At this point, there is nothing in this record to show that defendant is a good candidate for the relief he requests.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Reconsider (#641) is **DENIED.**

Signed: January 27, 2016



Max O. Cogburn Jr
United States District Judge