UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:95-CR-178-MOC-1
3:18-CR-202-MOC-DSC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| TONY BERNARD ALEXANDER, | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on Defendant's pro se "Motion to Overrule Enhancements Pursuant to FRCrP 59(e); 60(b)(4)." (3:95-cr-178, Doc. No. 723; 3:18-cr-202, Doc. No. 73). Defendant's motion has been filed in both of his criminal actions, which have been consolidated for appeal. Although his motion is rambling and vague, Defendant appears to challenge various sentencing enhancements in Criminal Case No. 3:18-cr-202. Specifically, Defendant states that he is challenging "[a] total of 5-points on 09/03/2020 existing; U.S.S.G., 3-level enhancement § 2J1.2(b) and § 2J1.3(b)(2) also § 3B1.1(a)(b). Defense move urgent to invoke this court to overrule its illegal enhancements." (3:18-cr-202, Doc. No. 73 at 1). Defendant also appears to be vaguely challenging his ten-month sentence on the revocation of his supervised release in Criminal Case No. 3:95-cr-178. Defendant's motion is denied, as he has failed to show that he is entitled to relief under either Rule 59(e) or Rule 60(b) of the Federal Rules of Civil Procedure.

**ORDER**

Defendant's pro se "Motion to Overrule Enhancements Pursuant to FRCrP 59(e); 60(b)(4)." (3:95-cr-178, Doc. No. 723; 3:18-cr-202, Doc. No. 73), is **DENIED**.

Signed: October 13, 2020

*[signature]*

Max O. Cogburn Jr.
United States District Judge